### 14473.   JONES, administratrix, *v.* JONES.

BROYLES, C. J. The verdict was authorized by the evidence, and none of the special grounds of the motion for a new trial requires another hearing of the case.

    *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
             DECIDED JUNE 12, 1923.

    Complaint; from city court of Eastman — Judge O. J. Franklin. February 20, 1923.

    *J. H. Roberts, D. D. Smith,* for plaintiff in error.
    *C. W. Griffin, J. H. Milner,* contra.

---

### 14476.   PIPPIN *v.* COPELAND.

BROYLES, C. J. Under the facts of the case, as disclosed by the record, the court did not err in overruling the certiorari.

    *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
             DECIDED JUNE 12, 1923.

    Certiorari; from Grady superior court — Judge Custer. March 9, 1923.

    *W. H. Duckworth,* for plaintiff in error.
    *C. F. Richter,* contra.